THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. DR JAMES CONTOS,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>FRED HUTCHINSON CANCER RESEARCH CENTER, YALE UNIVERSITY, and DR LINDA BUCK,<br><br>　　　　　　　Defendants. | No. C11-0242-RSM<br><br>**ORDER**<br><br>**FILED UNDER SEAL** |

## **ORDER**

The United States having declined at this time to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), it is hereby ORDERED that:

1. the Relator has ten (10) days from the date of the government's Notice to notify the Court regarding how or whether he intends to proceed with this *qui tam* action;

2. upon Relator filing the notice referenced in Paragraph 1, *supra*, the Complaint shall be unsealed and (to the extent the Relator elects to proceed with this action) served upon Defendants by the Relator;

3. all other contents of the Court's file in this action shall remain under seal and <u>not</u> be made public or served upon the defendants, except for this Order, the United States' Notice of Election to Decline Intervention, and the notice referenced in Paragraph 1, *supra*, which the

ORDER – 1
(C11-0242-RSM)
**FILED UNDER SEAL**

United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271
(206) 553-7970

Relator will serve upon the defendants only after service of the Complaint;

4. the seal be lifted as to all other matters occurring in this action <u>after</u> the notice referenced in Paragraph 1, *supra;*

5. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

6. the parties shall serve all Notices of Appeal upon the United States;

7. all orders of this Court shall be sent to the United States; and

8. should the Relator or any defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED,

DATED this 10th day of August 2012.

*/s/ Ricardo S. Martinez*
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

_____
DAVID R. EAST # 31481
Assistant United States Attorney

ORDER – 2
(C11-0242-RSM)
**FILED UNDER SEAL**

United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970