THE HONORABLE RICARDO S. MARTINEZ

**11-CV-00242-DSGNTN**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **UNDER SEAL,**<br><br>             Plaintiffs,<br><br>     v.<br><br>**UNDER SEAL,**<br><br>             Defendants. | No. C11-0242 RSM<br><br>**FILED UNDER SEAL** |

NOTICE OF DISMISSAL - 1
Case No. C11-0242 RSM
**FILED UNDER SEAL**

ORIGINAL

010249-11 543977 V1

THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DR. JAMES CONTOS,<br><br>                        Plaintiffs,<br><br>v.<br><br>FRED HUTCHINSON CANCER RESEARCH CENTER, YALE UNIVERSITY, and DR. LINDA BUCK,<br><br>                        Defendants. | No. C11-0242 RSM<br><br>NOTICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) OF DISMISSAL WITHOUT PREJUDICE |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), relator Dr. James Contos files this notice of dismissal without prejudice to him or the United States. Counsel for relator has advised the government of relator's intention to dismiss without prejudice as to relator and the United States, and counsel is authorized to represent that the government does not object to that disposition.

NOTICE OF DISMISSAL - 1
Case No. C11-0242 RSM
**FILED UNDER SEAL**



1918 Eighth Avenue, Suite 3300 · Seattle, WA 98101
(206) 623-7292 · FAX (206) 623-0594

010249-11  543977 V1

DATED: August 13, 2012.

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By_____
Jeffrey T. Sprung
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: jeffs@hbsslaw.com

*Attorney for Plaintiff/Relator Dr. James Contos*

NOTICE OF DISMISSAL - 2
Case No. C11-0242 RSM
**FILED UNDER SEAL**



1918 EIGHTH AVENUE, SUITE 3300 · SEATTLE, WA 98101
(206) 623-7292 · FAX (206) 623-0594

010249-11 543977 V1

## CERTIFICATE OF SERVICE

I, Jeffrey T. Sprung, declare under penalty of perjury that the following facts are true and correct:

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in the within-entitled cause. I am an employee of Hagens Berman Sobol Shapiro LLP and my business address is 1918 8th Ave., Suite 3300, Seattle, Washington 98101.

On August 13, 2012, I caused the foregoing document to be served upon the parties named below in the manner indicated.

**VIA HAND DELIVERY**

David R. East
Assistant United States Attorney
United States Department of Justice
District Courthouse
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

Executed on August 13, 2012, in Seattle, Washington.

_____
Jeffrey T. Sprung

NOTICE OF DISMISSAL - 3
Case No. C11-0242 RSM
**FILED UNDER SEAL**



1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

010249-11 543977 V1